UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

2020 JAN 17 P 4: 29

Kimberly McCormick
303 North Wakefield RD.
Wakefield NH 03872

Plaintiff(s)

v.

Brian Beckwith
568 Kennard Hill RD.
Porter ME 04068

Defendant(s)

20-CV-143-LM

COMPLAINT

**Parties to this Complaint**

Plaintiff(s)'s Name, Address and Phone Number

Kimberly McCormick
303 North Wakefield RD.
Wakefield NH 03872       978-888-4583

Defendant(s)'s Name, Address and Phone Number

Brian Beckwith
568 Kennard Hill RD.
Porter ME 04068
978-771-6555

**Jurisdiction and Venue:**
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Add additional sheets as necessary.)

Back in March 2019 I had a call come in from Brian Beckwith telling me I had to sell him my share of my property I told him NO way because the government is all ready taken his house from him please see case # 2:18-CV-00322-NT (Federal Court in Maine) he said NO you are going to give it to my (4th wife) or I am going to Burn your house Down (extortion). then I got a text message he will give me $25,000.00 for it. He then showed up at 503 North Wakefield RD in NH and when he did he was asked to leave, he came Back and assaulted Jason McManus instead of me pulled him out & Beat Him. Then we both recieved restraining orders when we called to tell them (court in Ossippe NH) we would be late because some one slashed our tires. We were served at court without being heard. That was June 10th 2019 then on June 17th the police showed up with a forged restraining order and sent me to jail for a week for a BeBe gun, my Fourth Amendment was violated.

**Statement of Claim:**
(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

**Relief Requested from the Court:**
(Briefly state exactly what you want the Court to do for you. Add additional sheets as necessary.)

To have all of the cases Dropped Because of lack of Jurisdiction Because of myself Living in MA & Brian Beckwith Living in ME all so. My Fourth, Fourteenth, Fifth & Sixth right has Been Violated.

## Jury Demand

☒ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☐ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: 1-17-2020

Signature: *Kim M[illegible]*