```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Kimberly McCormick

    v.

                                      Case No. 20-cv-143-LM

Brian Beckwith

### JUDGMENT

In accordance with the Order by Chief Judge Landya B. McCafferty dated April 29, 2020, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 26, 2020, judgment is hereby entered.

                                                      By the Court:

                                                _____
                                                Daniel J. Lynch
                                                Clerk of Court

Date: May 6, 2020

cc: Kimberly McCormick, pro se